IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Letter of Request from the District )
Attorney of Budapest, Hungary )
for Assistance in the Criminal )
Matter of Sergey Ivashkevich )
)

Misc. No. 04 mc 011

FILED
JAN 13 2004
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

## APPLICATION FOR ORDER PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order pursuant to 28 U.S.C. 1782 and its own inherent authority appointing Assistant United States Attorney Andrea G. Foulkes as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the attached request made by the District Attorney's Office in Budapest, Hungary.

Respectfully submitted,

PATRICK L. MEEHAN
UNITED STATES ATTORNEY

By: *Andrea G. Foulkes*
ANDREA G. FOULKES
Assistant United States Attorney